In the Matter of the Estate of FREDERICK M. DRESS, Deceased.

JENNY DRESS, Appellant; JAMES FANNING et al., as Executors of FREDERICK M. DRESS, Deceased, et al., Respondents.

Argued November 22, 1938; decided December 6, 1938.

*Peter Klein, Joseph E. Kinsley* and *August P. Klein* for appellant.

*James R. Lyttle* for executors, respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.